# IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

BANK OF NEW YORK MELLON, F/K/A BANK OF NEW YORK, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS ALTERNATIVE LOAN TRUST 2006-2CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2CB

Respondent.

No. 78155

FILED

DEC 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a motion for reconsideration of an order denying a motion for summary judgment. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Because appellant confirmed in the docketing statement that the district court had not entered a final written judgment adjudicating all the rights and liabilities of all the parties, this court directed appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. *See Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). In response, appellant explains that it has been able to obtain default judgments against Ryland Mortgage Company and Herald B. Dacasin but that respondent's claims against Treo North and South Homeowner's Association and the association's claims against Homeowner Association Services have not been resolved. Further, it appears from this court's review of the district court

19-49784

docket entries that no action has been taken to obtain certification of the order appealed from as final pursuant to NRCP 54(b). This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Gloria Sturman, District Judge
       Carolyn Worrell, Settlement Judge
       Kim Gilbert Ebron
       Wright, Finlay & Zak, LLP/Las Vegas
       Eighth District Court Clerk